UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN S. NEWMAN, as the Administrator of the Estates of MICHAEL J. NEWMAN (deceased), and DOLORES D. NEWMAN (deceased), individually and on behalf of others,<br><br>                                      Plaintiff,<br><br>vs.<br><br>ANDREW M. CUOMO, MELISSA DeROSA, HOWARD A. ZUCKER, M.D., GREATER NEW YORK HOSPITAL ASSOCIATION, KENNETH RASKE, NORTHWELL HEALTH, INC., MICHAEL DOWLING, and JOHN DOES A-Z,<br><br>                                      Defendants. | No. 2:23-CV-2391-LDH-ARL<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Nelson A. Boxer of Petrillo Klein & Boxer LLP hereby appears in the above-captioned action on behalf of Defendant HOWARD A. ZUCKER, M.D. and requests that all notices given or required to be given, and all papers served or required to be served, be delivered to the undersigned at the address or email address indicated below.

    I hereby certify that I am admitted to practice before this Court.

| | |
|---|---|
| Dated: New York, New York<br>        June 7, 2023 | /s/ Nelson A. Boxer<br>Nelson A. Boxer<br>PETRILLO KLEIN & BOXER LLP<br>655 Third Avenue, 22nd Floor<br>New York, New York 10017<br>Telephone: (212) 370-0338<br>nboxer@pkbllp.com |